## SMITH v. KANSAS ET AL.

No. 966, Misc. · Decided May 27, 1963.

Appellant *pro se.*

*William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Park McGee,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## CEPERO v. UNITED STATES.

No. 1227, Misc. Decided May 27, 1963.

Reported below: —— F. Supp. ——.

Appellant *pro se.*

*Solicitor General Cox* for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.